THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant, Respondent, v. EGBURT E. WOODBURY and Others, Together Constituting the State Board of Tax Commissioners, Respondents, Appellants, and THE CITY OF NEW YORK, Intervenor,

Respondent, Appellant. (Assessment, Borough of The Bronx, 1907.) — Order affirmed, without costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and McAvoy, JJ.